JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNDELL, ODLUM & HAWS, LLP PROFIT SHARING PLAN, an employee benefit plan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONNIE MUNDELL, an individual; AMANDA MUNDELL, an individual; and KATHERYN BUTTERFIELD, an individual; and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | CASE NO. ED CV 13-02355 CAS Ex<br><br>[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL UNDER F.R.Civ.P. 41(a)(1)(A)(i) |

　　　Based on the Notice of Voluntary Dismissal Under F.R.Civ.P. 41(A)(1)(a)(i) filed by Plaintiff, this case is hereby dismissed without prejudice.

　　　　　　　　　　　　　　　　　　*Christina A. Snyder*

DATED: April 25, 2014

　　　　　　　　　　　　　　　　United States District Judge

1

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL